FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 11, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OMAR AL SAMMARRAIE and FATEN AL MASHHADANI,<br><br>                Petitioners,<br><br>v.<br><br>KEVIN K. MCALEENAN, Acting Secretary, Department of Homeland Security, and SIW M BAY-HANSEN, Field Director, Yakima WA, US Citizenship and Immigration Service,<br><br>                Respondents. | NO: 4:19-CV-5255-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the Plaintiffs' Stipulation of Dismissal without Prejudice, ECF No. 6. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Stipulation of Dismissal without Prejudice, **ECF No. 6**, is **APPROVED**.

2. Plaintiffs' Complaint is dismissed **without prejudice** and without costs to any party.

ORDER TO SHOW CAUSE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** February 11, 2020.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER TO SHOW CAUSE ~ 2